**Jeffrey Thomas ARTHURS, Appellant**

v.

**PENNSYLVANIA DEPARTMENT OF CORRECTIONS and Pennsylvania Board of Probation and Parole, Appellees.**

Supreme Court of Pennsylvania.

Nov. 29, 2005.

### *ORDER*

PER CURIAM:

AND NOW, this 29th day of November, 2005, the Order of the Commonwealth Court is REVERSED, and this matter is REMANDED to the Commonwealth Court for consideration of this court's decision in *McCray v. Pennsylvania Department of Corrections*, 582 Pa. 440, 872 A.2d 1127 (2005). The court is also directed to hold an evidentiary hearing on the merits in the event that it determines it has jurisdiction over this matter.

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner**

v.

**Wilbert H. BEACHY, III, Respondent.**

**No. 869 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Nov. 29, 2005.

### *ORDER*

PER CURIAM:

AND NOW, this 29th day of November 2005, upon consideration of the Report and Recommendations of the Disciplinary Board dated September 16, 2005, the Petition for Review and response thereto, it is hereby

ORDERED that Wilbert H. Beachy, III, be and he is suspended from the Bar of this Commonwealth for a period of two years, and he shall comply with all the provisions of Rule 217 Pa.R.D.E.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.